Michael S. Sorgen (SBN 43107)
Ashley Connell (SBN 277522)
LAW OFFICES OF MICHAEL S. SORGEN
240 Stockton Street, Ninth Floor
San Francisco, CA 94108
Telephone: (415) 956-1360
Facsimile: (415) 956-6342, (415) 276-1738
Email: msorgen@sorgen.net; aconnell@sorgen.net

Attorneys for Plaintiff
LINDA DAVY

JOHN C. BEIERS, COUNTY COUNSEL (SBN 144282)
Eugene Whitlock, Deputy (SBN 237797)
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City, CA 94063
Telephone: (650) 363-4989
Facsimile: (650) 363-4034
Email: ewhitlock@smcgov.org

Attorneys for Defendant
SAN MATEO COUNTY COMMUNITY COLLEGE DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA DAVY, | Case No.: C 12-05344 SBA |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND MEDIATION DEADLINE BY 30 DAYS** |
| vs. | |
| SAN MATEO COMMUNITY COLLEGE DISTRICT, | Judge: Hon. Saundra Brown Armstrong |
| Defendant. | Complaint Filed: October 16, 2012 |

### **STIPULATION**

Plaintiff Linda Davy and Defendant San Mateo Community College District (hereinafter, collectively, "the parties"), by and through their respective counsel of record, and subject to Court approval, stipulate to the following:

1. On January 2, 2013, this Court adopted the parties' stipulation and ordered them to attend mediation within 90 days, by April 2, 2013.

2. The parties have exchanged initial disclosures, are currently engaged in written discovery, and have scheduled depositions during the month of March 2013.

3. On January 28, Plaintiff's counsel Michael Sorgen suffered a minor stroke that has temporarily rendered him unable to walk. Mr. Sorgen is engaged in intensive rehabilitative therapy, and is optimistic that he will be able to return to work within several weeks.

4. To accommodate the parties' discovery schedule and Mr. Sorgen's current condition, the parties request that the Court postpone the mediation deadline by 30 days.

5. The parties discussed the foregoing with their assigned Mediator, Walter Robinson, during their initial phone conference on February 1, 2013. Mr. Robinson agreed that postponement of the mediation deadline was appropriate given the circumstances, and all parties agreed to a mediation on April 30, 2013.

6. The parties have not previously requested any extensions in this matter.

**IT IS SO STIPULATED**.

Dated: February 4, 2013          LAW OFFICES OF MICHAEL S. SORGEN


                                 By:    s/ Ashley Connell
                                        Ashley Connell
                                        Attorneys for Plaintiff


Dated: February 4, 2013          SAN MATEO COUNTY COUNSEL'S OFFICE


                                 By:    s/ Eugene Whitlock
                                        Eugene Whitlock
                                        Attorneys for Defendant

STIPULATION AND [PROPOSED] ORDER TO EXTEND MEDIATION DEADLINE                    2

**O R D E R**

Good cause appearing therefor, IT IS SO ORDERED.

Dated: 2/5/13

*Sandra B. Armstrong*

Hon. Sandra Brown Armstrong
United State District Judge